# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEMEKA IBRAHIM, Class Action, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0499 |
| | ) | Judge Trauger |
| OFFICE OF THE METROPOLITAN PUBLIC DEFENDER, e*t al.*, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

## O R D E R

On August 10, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 11), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the claims in the Amended Complaint filed on July 1, 2011 (Docket No. 10) are **DISMISSED** as frivolous.

On August 23, 2011, instead of filing objections to the Report and Recommendation, the plaintiff filed another Amended Complaint. (Docket No. 13) It is hereby **ORDERED** that the Clerk shall return this case to the Magistrate Judge for consideration of the second Amended Complaint.

It is so **ORDERED**.

ENTER this 30th day of August 2011.

_____
ALETA A. TRAUGER
U.S. District Judge