IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEMEKA IBRAHIM, Class Action, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0499 |
| | ) | Judge Trauger |
| OFFICE OF THE METROPOLITAN PUBLIC DEFENDER, e*t al.*, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On October 5, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2)(B).

It is so **ORDERED**.

ENTER this 27th day of October 2011.

_____
ALETA A. TRAUGER
U.S. District Judge